UNITED STATES of America,
Plaintiff–Appellee

v.

Zenon SOTO–OROZCO, Defendant–Appellant.

No. 10–40396
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Derly Joel Uribe, Law Offices of Francisco J. Saldana, Jr., Laredo, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Zenon Soto–Orozco (Soto) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Soto has filed a response. Our independent review of the record, counsel's brief, and Soto's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.